# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00743-CV

**Pedro Hernandez and Courtney Hernandez, Appellants**

**v.**

**Pella Corporation, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-006104, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on January 6, 2020. After this Court granted appellants two extensions of time to file their brief, appellants' brief was due on March 4, 2020. On March 25, 2020, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by April 6, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: April 24, 2020